

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  | § | No. 08-13-00250-CV |
|  | § | Appeal from |
| IN THE MATTER OF M.L.M., | § |  |
| A JUVENILE. | | 323rd District Court |
|  | § | of Tarrant County, Texas |
|  | § | (TC # 98263-J) |
|  | § |  |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.